IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE A. SINGLETON, | No. C 11-0226 LHK (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| UNKNOWN, | |
| Defendant. | |

On January 14, 2011, Plaintiff, a state prisoner proceeding *pro se*, filed a letter with the Court.[1] That same day, the Court sent a notification to Plaintiff informing him that he did not file a complaint, nor a completed in forma pauperis application, nor did he pay the required filing fee. The Court provided a copy of the in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if Plaintiff failed to file a complaint, pay the fee, or file a completed application with supporting documentation within thirty days. To date, Plaintiff has not communicated with the Court. As Plaintiff has not filed a complaint, completed an in forma pauperis application, or paid the filing fee, this case is DISMISSED without prejudice.

---

[1] In the letter, Plaintiff notified the Court that on December 30, 2010, he delivered a 34-page document to his housing deputy with the expectation that it would be sent to this Court. To that letter, Plaintiff attached the cover sheet of what appears to be a civil complaint.

Order of Dismissal
P:\PRO-SE\SJ.LHK\CR.11\Singleton226dis.wpd

1     The Clerk shall close the file.

2     IT IS SO ORDERED.

3 DATED: __2/25/11__          ___*Lucy H. Koh*___
4                                                LUCY H. KOH
                                               United States District Judge