IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE A. SINGLETON,              )<br>                                                    )<br>          Plaintiff,                            )<br>                                                    )<br>   v.                                              )<br>                                                    )<br> UNKNOWN,                                )<br>                                                    )<br>          Defendant.                       )<br>_____) | No. C 11-0226 LHK (PR)<br><br>JUDGMENT |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED:  2/25/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\CR.11\Singleton226jud.wpd